UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN R. DURSO, JOSEPH FONTANO,
NEIL GONZALVO, DEBRA BOLLBACH,
NIKKI KATEMAN, JON GREENFIELD,
JOHN CATSIMATIDIS, ANGELO AVENA,
MORTON SLOAN, and JACOB DIMANT,
M.D., *as trustees and fiduciaries of the Local
338 Retirement Fund*,

                Plaintiffs,

                -against-

WESTSIDE SUPERMARKET 2171
BROADWAY LTD., a/k/a WEST SIDE
SUPERMARKETS, d/b/a WESTSIDE
MARKET NYC, WESTSIDE
SUPERMARKET LLC, d/b/a WESTSIDE
MARKET NYC, WS MARKET LLC, d/b/a
WESTSIDE MARKET NYC, 2589
WESTSIDE MARKET LLC, d/b/a
WESTSIDE MARKET NYC, 74-84
WESTSIDE MARKET LLC, d/b/a
WESTSIDE MARKET NYC, 180 3RD
AVENUE LLC, d/b/a WESTSIDE MARKET
NYC, 170 WESTSIDE MARKET LLC, d/b/a
WESTSIDE MARKET NYC, 1407
WESTSIDE MARKET LLC, d/b/a
WESTSIDE MARKET NYC,
SUPERMARKET MANAGEMENT GROUP
LLC, and JZ VILLA REALTY CORP.,

                Defendants,

**ORDER**

20 Civ. 6480 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for December 17, 2020 will take place by telephone.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by

dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
October 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge